United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                              No. C 13-4281 SI (pr)

TERRY LEE STONE,                           **ORDER OF DISMISSAL**

           Plaintiff.

_____/

    Plaintiff sent to the court a letter complaining about conditions of confinement at the Valley State Prison, where is incarcerated. In an effort to protect his rights, a new action was opened and the letter was filed on September 16, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: December 5, 2013

                                  SUSAN ILLSTON
                             United States District Judge